UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATG FUND II LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VPC IMPACT ACQUISITION HOLDINGS SPONSOR II, LLC, BRENDAN CARROLL, GORDON WATSON, CARLY ALTIERI, JOHN MARTIN, JOSEPH LIEBERMAN, and KAI SCHMITZ,<br><br>Defendants,<br><br>-and-<br><br>VPC IMPACT ACQUISITION HOLDINGS II,<br><br>Nominal Defendant. | Civil Action No. 23-1978-JSR<br><br>**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF CLASS NOTICE** |

PLEASE TAKE NOTICE that based on the Stipulation and Agreement of Settlement dated June 12, 2024 (the "Stipulation"), attached hereto as Exhibit 1; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiff ATG Fund II LLC, LP ("Lead Plaintiff") hereby moves this Court, under Rules 23(e)(1) and 23.1(c) of the Federal Rules of Civil Procedure, for preliminary approval of the proposed Settlement so that notice may be provided to the Settlement Class. Specifically, Lead Plaintiff requests that the Court enter an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of providing notice to members of the Class; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for attorneys' fees, incentive award and litigation expenses.

A [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement is submitted with this Motion as Exhibit 2.

Defendants do not oppose the Motion, and Lead Plaintiff believes that the Motion is appropriate for resolution without a hearing.

Dated: June 12, 2024

Respectfully submitted,

By: */s/ Andrew W. Robertson*

**MORRIS KANDINOV LLP**
Aaron T. Morris
Andrew W. Robertson
305 Broadway, 7th Floor
New York, NY 10007
(212) 431-7473
aaron@moka.law
andrew@moka.law

*Attorneys for Lead Plaintiff*