**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATG FUND II LLC, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>VPC IMPACT ACQUISITION HOLDINGS SPONSOR II, LLC, BRENDAN CARROLL, GORDON WATSON, CARLY ALTIERI, JOHN MARTIN, JOSEPH LIEBERMAN, and KAI SCHMITZ,<br><br>             Defendants,<br><br>-and-<br><br>VPC IMPACT ACQUISITION HOLDINGS II,<br><br>            Nominal Defendant. | Civil Action No. 23-1978-JSR |

**NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT,**
**CLASS CERTIFICATION, AND PLAN OF ALLOCATION**

TO: All Counsel of Record

PLEASE TAKE NOTICE that in accordance with Federal Rules of Civil Procedure 23(e)(1) and 23.1(c) and this Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement dated June 18, 2024 (ECF 28), Lead Plaintiff ATG Fund II LLC ("Lead Plaintiff"), on behalf of itself and the Settlement Class, will and does hereby move this Court, before the Honorable Jed S. Rakoff, on September 26, 2024 at 4:00 p.m., for entry of (1) an Order certifying the Settlement Class and appointing ATG as Lead Plaintiff and Funicular Funds LP and Camac Fund LP as additional Class Representatives and Morris Kandinov LLP as Class Counsel for the purposes of the Settlement; (2) a Judgment and Order approving the

Settlement as fair, reasonable, and adequate; (3) an Order approving the proposed Plan of Allocation as fair, reasonable, and adequate.

This motion is based on (i) the Declaration of Aaron T. Morris in Support of: (A) Lead Plaintiff's Motion for Final Approval of Settlement, Class Certification and Plan of Allocation; and (B) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (ii) the Declaration of Gabi Gliksberg in Support of: (A) Lead Plaintiff's Motion for Final Approval of Settlement, Class Certification, and Plan of Allocation; and (B) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (iii) the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation; (iv) the Declaration of Emily Young Regarding (A) Distribution of the Notice, (B) Maintenance of the Settlement Website, and (C) Publication of the Summary Notice; (v) the Declaration of Eric Shahinian in Support of (A) Motion for Final Approval of Settlement, Class Certification, and Plan of Allocation; and (B) Motion for Attorneys' Fees, Litigation Expenses, and Incentive Award; (vi) the Declaration of Jacob Ma-Weaver in Support of (A) Motion for Final Approval of Settlement, Class Certification, and Plan of Allocation; and (B) Motion for Attorneys' Fees, Litigation Expenses, and Incentive Award; and (vii) all other papers and proceedings herein.

A proposed Judgment and Orders granting the requested relief will be submitted with Lead Plaintiff's reply papers after the deadline for objecting to the Settlement has passed.

Dated: August 22, 2024                    Respectfully submitted,

_____

**MORRIS KANDINOV LLP**
Aaron T. Morris
Andrew W. Robertson
305 Broadway, 7th Floor
New York, NY 10007
(212) 431-7473
aaron@moka.law
andrew@moka.law

*Attorneys for Lead Plaintiff and the*
*Proposed Settlement Class*