UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ATG FUND II LLC,

                Plaintiff,                 23-cv-1978 (JSR)

        -against-                          ORDER

VPC IMPACT ACQUISITION
HOLDINGS SPONSOR II, LLC,
BRENDAN CARROLL, GORDON
WATSON, CARLY ALTIERI, JOHN
MARTIN, JOSEPH LIEBERMAN, and
KAI SCHMITZ,

                Defendants.
```

JED S. RAKOFF, U.S.D.J.:

    For the reasons stated from the bench on September 26, 2024, the settlement is approved. As stated from the bench, the terms of that settlement include litigation expenses in the amount of $144,553.28, which shall be paid from the Settlement Fund, and an incentive award in the amount of $50,000.00, which shall be paid to ATG Fund II LLC out of the awarded attorneys' fees.

    SO ORDERED.

New York, NY
9/27 2024

_____
JED S. RAKOFF, U.S.D.J.

1