UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATG FUND II LLC,

        Plaintiff,

   -v-

BRENDAN CARROLL, et al.,

        Defendant.

23-cv-1978 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

New York, NY
February __10__, 2026

JED S. RAKOFF, U.S.D.J.